# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREGORY G. SPIVEY, ) | |
| ) | CASE NO. 10-30494-DHW |
| Debtor. ) | |
| ) | CHAPTER 13 |

## MOTION TO COMPEL DEBTOR TO FILE FEDERAL TAX RETURNS
### [Internal Revenue Service]

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States Department of the Treasury, Internal Revenue Service (Service) and moves this Honorable Court for an order to compel the Debtor to file Federal Tax returns, and as grounds therefore states as follows:

1. On February 26, 2010, the Debtor filed for Chapter 13 relief. The Debtor's second amended 100% Plan is set for confirmation on May 24, 2010 in Montgomery, AL. The Debtor's amended Plan provides for payment of a priority debt to the Service listed in the amount of $2,500.00 with specified monthly payments of $43.00. [Doc. # 15].

2. On April 9, 2010, the Service timely filed a Proof of Claim in the total amount of $24,281.68, of which $22,406.06 as unsecured priority, and $1,875.62 was classified as general unsecured. A portion of the priority claim was estimated as records of the Service reflect that the Debtor had failed to file his Federal Tax returns for tax years 2006, 2008 and 2009 and had failed to file Highway Vehicle tax returns for tax years 2007 and 2008. [Claim # 2-1].

3. The Service requests an Order compelling the Debtor to file all delinquent Tax returns referenced in Paragraph 2.

Respectfully submitted this the 22nd day of April, 2010.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
ASB 2214 R64P
Assistant United States Attorney
Patricia.Conover@usdoj.gov

P.O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7201

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of April, 2010, I served a copy of the foregoing document, Motion to Compel Debtor to File Federal Tax Returns, on all parties listed below by the methods stated:

Teresa Jacobs
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
[electronic service]

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
[electronic service]

Richard D. Shinbaum
Attorney for the Debtor
Shinbaum, McLeod & Campbell
P.O. Box 201
Montgomery, AL 36101
[electronic service]

Gregory G. Spivey
1529 Dunbar Street
Montgomery, AL 36106
[United States Postal Service]

/s/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney